UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
In re:                             :    Chapter 11
                                   :
Michael J. Pareti,                 :    Case No.:
                                   :
                Debtor.            :
                                   :
---------------------------------- x

## DECLARATION OF MICHAEL J. PARETI IN SUPPORT OF RULE 1007 AND FIRST DAY MOTIONS

Michael J. Pareti hereby declares under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Debtor in this Chapter 11 case.

2. I submit this declaration in support of the Debtor's Chapter 11 petition, and to provide general information to the court of the events leading to the filing of the Chapter 11, and the strategy which the Debtor intends to follow during this proceeding.

3. I reside at 32 Wild Birch Farms, Cortlandt Manor, New York 10567 (the "Residence").

4. The filing is precipitated by litigation pending in the U.S. District Court, Southern District of New York encaptioned *Trustees of the Sheet Metal Workers International Association Local No. 38 Insurance and Welfare Fund, et. al. v. KNM Sheet Metal, Inc. and Michael J. Pareti*, Case No. 7:16cv-02089 (KMK).

Dated: September 1, 2017

_____
Michael J. Pareti